855 A.2d 1245

Linda SCHADE, Andrew Harris, Judith Burns, Mark
Elrich, Kwame Abayomi, Terrence Fitzgerald,
Sharon Beard, and Paul Suh

v.

MARYLAND STATE BOARD OF ELECTIONS, Linda
H. Lamone (as Administrator of Maryland's State
Board of Elections).

No. 144, Sept. Term, 2003.

Court of Appeals of Maryland.

Aug. 19, 2004.

John B. Isbister, Daniel S. Katz, Richard D. Rosenthal,
Tydings & Rosenberg, LLP, Baltimore, Ryan P. Phair, Ka-
thryn R. DeBord, Kirkland & Ellis, LLP, Washington, DC, for
appellants.

Michael D. Berman, Asst. Atty. Gen., J. Joseph Curran, Jr.,
Atty. Gen., Judith A. Arnold, Asst. Atty. Gen., Daniel F.
Goldstein, Shelly Marie Martin, Brown, Goldstein & Levy,
LLP, for appellees.

Robert L. Duston, Schmeltzer, Aptaker & Shepard, PC,
Washington, DC, Cindy Cohn, Electronic Frontier Founda-
tion, San Francisco, CA, for amicus curiae.

Submitted before BELL, C.J. RAKER, WILNER,
CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case
having been granted, it is this 19th day of August, 2004,

ORDERED, by the Court of Appeals of Maryland, that the appeal be, and it is hereby, dismissed.

/s/ROBERT M. BELL
CHIEF JUDGE.